

FILED
VANESSA L. ARMSTRONG, CLERK
AUG 25 2020
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Commonwealth of Kentucky
Public Protection Cabinet
Kentucky Claims Commission
130 Brighton Park Boulevard
Frankfort, Kentucky 40601
Telephone: (502) 782-8255
Fax: (502) 573-4817

1: 20CV-147-GNS

## CLAIM FORM

### COMPLETE ALL SECTIONS THAT APPLY TO YOUR SPECIFIC CLAIM

> Through KRS 49.020, the Kentucky Claims Commission is vested with authority to compensate persons for damages sustained to person or property as a result of **negligence** on the part of the Commonwealth. The burden of proof that the Commonwealth was negligent rests with you. **The Kentucky Claims Commission will not find the Commonwealth negligent simply because an incident occurred on state property; fault must be found.** Negligence must be proven before an award can be made. Please provide all facts, statements by witnesses (in writing), or any other proof you have that you believe would be helpful in the determination of your claim.
>
> Claims for damages must be at least two hundred fifty dollars ($250.00) and the **original** claim form must be submitted.

I. _Curtis Edward Alvey Jr._   _1324 Goshen Church North Road_
   Claimant's Name                              Address
   _Bowling Green, Kentucky 42101_
   City, State and Zip Code

   (___) _____     (270) 777-6132
   Daytime telephone number         Mobile telephone number

   _curtis.alvey366@topper.wku.edu_
   Email address

II. _University of Kentucky_
    Name of State Agency involved with the incident (employee's name, if known)

III. Who referred you to the KY Claims Commission? _Terri Crocker_

IV. _08/08/2020 @ 8:04 p.m._
    Date and time of the incident (all claims shall be filed within one year of incident)

V. _1324 Goshen Church North Road, Bowling Green, KY 42101_ ** County _Warren_
   Location where the incident occurred. Please provide **exact** location including **direction** (North, South, East or West), mile marker, **name** or **number of road**, intersection, etc. PLEASE BE SPECIFIC so that your claim may be thoroughly investigated.

VI. Describe the incident and the damage done to you or your property.

AFTER REACHING OUT TO WESTERN KENTUCKY UNIVERSITY AND THE UNIVERSITY OF KENTUCKY CONCERNING A SERIOUS SET OF CRIMES THAT I AM THE VICTIM OF, I WAS APPROACHED BY THE POLICE, BUT NEVER GIVEN THE OPPORTUNITY OF HELP TO END THE CRIMES. THE SCHOOL WOULD ONLY BE CONCERNED OF EMOTIONAL STRESS & NOT THE SEVERITY OF THE SITUATION.

VII. In what way do you believe the state agency or employee was at fault? What more could the state have done?

I BELIEVE THE UNIVERSITY OF KENTUCKY IS AT FAULT BY BEING A CO-CONSPIRATOR IN THE SET OF CONTINUOUS CRIMES THAT I AM A VICTIM OF. THEY COULD HAVE ASK WHAT COULD HAVE BEEN DONE TO FIX IT.

VIII. State the specific dollar amount of your claim. Submit bills, receipts and/or **TWO** repair estimates as proof of the cost of damages sustained. **This amount will be amended according to the amount you can recover from insurance.** $ 12,000,000

IX. If motor vehicles were involved, please complete the following:

**STATE VEHICLE**:

Tag number, if known_____

Driver, if known _____

**CLAIMANT'S VEHICLE**: (This claim must be filed and signed by the registered owner.)

In whose name is the vehicle registered? _____

Vehicle year, make and model: _____

Name and address of driver and passengers:
_____
_____

Name of law enforcement authority or officer who investigated the incident: _____

_____
Please submit a copy of police report, incident report, or Uniform Traffic Report if possible.

Pursuant to KRS 49.020(1), the Commission can only award what claimant cannot recover through insurance or any other source. The Commission must reduce any award by what amount the claimant has a right to receive from any insurance coverage. In order to review your claim as submitted, provide all information below that relates to the damages you incurred.

**Please submit a copy of your insurance card or declaration sheet.**

## VEHICLE INSURANCE

1) Insurance Agent and Address: _____

_____

Telephone #: _____

2) Insurance Company: _____

Policy Number: _____

Effective Dates: _____

3) Collision Coverage in Effect: ( )Yes ( )No     Amount of Deductible $ _____

4) Comprehensive Coverage in Effect: ( )Yes ( )No     Amount of Deductible $ _____

5) Liability Coverage only: ( )Yes ( )No

## PERSONAL INJURY INSURANCE

6) Hospitalization Insurance in Effect: ( )Yes ( ) No     Dental Insurance in Effect: ( ) Yes  ( ) No

Name of Insurance Company: _____

Policy Number: _____     Effective Dates: _____

Amount of Deductible: _____ Has this deductible been met for the year?( )Yes ( )No

7) Compensation Insurance Coverage in Effect: ( )Yes ( )No

Name of Company: _____

Policy Number: _____     Effective Dates: _____

Deductible: _____ Has this deductible been met yet for this year? ( )Yes ( )No

8) If you have any other insurance coverage that would entitle you to recover the damages which are the subject of your claim, please list what type and the amount of the deductible if any.

_____

## OTHER INSURANCE

9) Homeowner _____ Dwelling _____ or Mobile Home Coverage _____

Name of Company: _____

Policy Number: _____ Effective Dates: _____

Deductible: _____ Has this deductible been met yet this year? ( )Yes ( )No

10) If you have any other insurance coverage that would entitle you to recover the damages which are the subject of your claim, please list what type and the amount of the deductible if any.
_____
_____
_____

**YOU MUST SIGN :**  Claimant's Signature: _*(signed)*_

Address: 1324 Goshen Church South Road, Bowling Green, KY 42101

Daytime Telephone: _____ (work)Telephone: 270-999-6132

Mobile Telephone: _____

Date: 08/23/2020

**WE MUST HAVE:**  Social Security Number or Federal ID Number: 400-217-0989

Attorney's Name: _____
Attorney's Signature: _____
(*if represented by Counsel*)

Address: _____
Telephone: _____ Date: _____
Federal ID Number: _____

Claim must be presented to the Kentucky Claims Commission within one year from the date of the incident.