# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

**CURTIS EDWARD ALVEY, JR.**                                                **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 1:20-CV-147-GNS**

**UNIVERSITY OF KENTUCKY**                                              **DEFENDANT**

## ORDER

For the reasons set forth in the Memorandum Opinion and Order entered this date, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED** for failure to meet the notice-pleading standard under Fed. R. Civ. P. 8(a) and for lack of lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1), in accordance with *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: September 8, 2020

Greg N. Stivers, Chief Judge
United States District Court

cc:   Plaintiff, *pro se*
       Defendant
4416.011